JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TANGI, ) | Case No. ED CV 09-1645-JFW (CT) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| JOHN F. SALAZAR, Warden ) | |
| ) | |
| Respondent. ) | |
| ) | |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: December 15, 2009

                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE